In the Matter of ELT HARRIMAN, LLC, Appellant, v ASSESSOR OF TOWN OF WOODBURY et al., Respondents, and BOARD OF EDUCATION OF THE MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, Intervenor-Respondent.

Submitted December 28, 2015; decided February 18, 2016

Motion by the National Association of Property Tax Attorneys for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge GARCIA taking no part.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Adirondack Landowners Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Adirondack Mountain Club, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016